UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODY CRUZ, MICHELLE ROBICHAUX, BRETT PLOWFIELD, ALEXIS VASTARDIS, AND ANNA RINALDI, Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>      -against-<br><br>PROGENESIS, INC.,<br><br>        Defendant. | 26-mc-98 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The motions to quash, Dkts. 1 and 4, are transferred under Federal Rule of Civil Procedure 45(f) to the Southern District of California as the issuing court (case no. 3:24-cv-01789-BJC-AHG).

The Clerk of Court is respectfully directed to transfer the motions and close this case.

SO ORDERED.

Dated: April 22, 2026
New York, New York

                                                     ARUN SUBRAMANIAN
                                          United States District Judge